UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted November 30, 2005
Decided January 19, 2006

Before

Hon. WILLIAM J. BAUER, Circuit Judge

Hon. JOHN L. COFFEY, Circuit Judge

Hon. DANIEL A. MANION. Circuit Judge

No. 05-3982

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | |
| | No. 03 CR 778 |
| ROBERT PERRY,<br>Defendant-Appellant. | Samuel Der-Yeghiayan,<br>Judge. |

O R D E R

On consideration in this successive appeal, we have a motion to withdraw as defendant-appellant's appointed counsel on appeal filed on November 30, 2005, an Anders Brief and Required Short Appendix of defendant-appellant filed on November 30, 2005, and defendant-appellant's return to show cause as to why his conviction should be set-aside filed on December 27, 2005. Leave is given to Richard Parsons, Chief Federal Public Defender for the Central District of Illinois, to withdraw and the case is SUMMARILY AFFIRMED.